## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FOWLER, an individual, ) | CV F 06-1335 AWI DLB |
| ) | |
| Plaintiff, ) | ORDER STAYING PROCEEDINGS |
| ) | |
| v. ) | |
| ) | (Document #13) |
| A.O. SMITH CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On October 25, 2006, the parties filed a stipulation that this action be stayed pending transfer of this action to the Northern District of Ohio.  The parties stipulate that during the period in which the transfer is pending, the parties stipulate to a stay of Defendants' obligation to respond to the complaint and of the parties' right to propound discovery.   The parties ask that during the stay the court not issue any scheduling orders or other case management orders and vacate any scheduling orders on calendar.

Pursuant to the parties' stipulation, the court ORDERS that:

1. This action is STAYED pending transfer to the Northern District of Ohio;

2. Defendants' obligation to respond to the complaint and the parties' right to propound discovery are STAYED; and

3. The November 28, 2006 scheduling conference before Magistrate Judge Dennis L.

Beck is VACATED.

IT IS SO ORDERED.

**Dated:     October 30, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                           UNITED STATES DISTRICT JUDGE

2